IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

    Plaintiff,                                    CV F 06 0411 OWW WMW   P

  vs.                                           ORDER TO SHOW CAUSE

CCI SHU,

    Defendant.

       Plaintiff is a state prisoner proceeding pro se in a civil rights action challenging the conditions of his confinement.

       Plaintiff, an inmate in the custody of the California Department of Corrections at CCI Tehachapi, sets forth vague allegations of conduct by correctional officials at CCI Tehachapi. Plaintiff's sole allegation he is subjected to name calling and a "racially unbalanced situation."

       The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28 U.S.C. § 1915(g).

1

1   This plaintiff has, on 3 prior occasions, brought civil actions challenging the
2   conditions of his confinement.  All three action were dismissed as frivolous, or for failure to state
3   a claim upon which relief can be granted.  <u>Weaver v. Pelican Bay State</u> Prison, No. C 04-3077
4   JW (PR) (N.D. Cal May 18, 2005); <u>Weaver v. Nimrod</u>, No. C 04-3154 JW (PR) (N.D. Cal. Dec.
5   14, 2004); <u>Weaver v. Daniel</u>, No. C 05-1373 JW (PR) (N.D. Cal. May 9, 2005); <u>Weaver v.
6   Pelican Bay State Prison Mail Room</u>, No. C 04-4784 JW (PR) (N.D. Cal. Jan. 5, 2005); <u>Weaver
7   v. Montiero, et al.</u>, No. 05-0166 RSWL (FMO) (C.D. Cal. Nov. 21, 2005).   Plaintiff is therefore
8   not entitled to proceed in forma pauperis unless he alleges facts indicating that he is in imminent
9   danger of serious physical injury.   There are no such facts alleged in this case.

10   Accordingly, IT IS HEREBY ORDERED that plaintiff is directed to show cause,
11  within thirty days of the date of service of this order, why his request to proceed in forma
12  pauperis should not be denied.    Failure to file a response will result in a recommendation that
13  this action be dismissed.

17  IT IS SO ORDERED.
18  **Dated:     April 24, 2006**              **/s/  William M. Wunderlich**
    j14hj0                                     UNITED STATES MAGISTRATE JUDGE